IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL B. BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06CV764 |
| | ) |
| DAIMLERCHRYSLER FINANCIAL | ) |
| SERVICES AMERICAS LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE TO PLAINTIFF OF REMOVAL

TO:   Christina D. Crow, Esq.
      Jinks, Daniel & Crow
      219 North Prairie Street
      Post Office Box 350
      Union Springs, AL 36089

      Joseph G. Stewart, Jr., Esq.
      Joseph G. Stewart, Jr., P.C.
      Post Office Box 911
      Montgomery, AL 36101-0911

Please take notice that the Defendant, DaimlerChrysler Financial Services Americas LLC, by and through its undersigned attorney, has this date filed the attached Notice of Removal in the United States District Court for the Middle District of Alabama, Northern Division, to remove the above-styled cause of action from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division. You are also advised that a true and correct copy of the Notice of Removal has been filed with Clerk of the Circuit Court of Montgomery County, Alabama, which has effectuated this removal.

DOCSBHM\1426775\1\

Copies of the Notices to the respective Court are attached hereto.

Respectfully submitted,

_____
C. Lee Reeves
Attorney for Defendant
DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:    (205) 930-5335

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record, by placing same in the U.S. mail, postage prepaid, and properly addressed on this the 23rd day of August, 2006, as follows:

Christina D. Crow, Esq.
Jinks, Daniel & Crow
219 North Prairie Street
Post Office Box 350
Union Springs, AL  36089

Joseph G. Stewart, Jr., Esq.
Joseph G. Stewart, Jr., P.C.
Post Office Box 911
Montgomery, AL  36101-0911

_____
Of Counsel