**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Montgomery County Circuit Court
   100 South Lawrence Street
   Montgomery, AL 36104

2. Article Number *(Copy fi*    7005 1820 0002 3461 5305

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*  Jimmie Johnson   B. Date of Delivery 8-31-06

Signature: X *Jimmie Johnson*   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:06CV764
   # Sender

☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes